AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

CLINTON STRANGE
*Plaintiff*
v.
NEXT CLICK PARTNERS, LLC
*Defendant*

Case No. 3:22-cv-00058-FWD

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant NEXT CLICK PARTNERS, LLC .

Date: 04/08/2022

/s/ Mark W. Ishman
*Attorney's signature*

Mark W. Ishman - NC 27908
*Printed name and bar number*

Ishman Law Firm, PC
9660 Falls of Neuse Road, Suite 138-350
Raleigh, NC 27615
*Address*

mishman@ishmanlaw.com
*E-mail address*

919-468-3266
*Telephone number*

919-882-1466
*FAX number*